**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

LOWER TOWN PROJECT, LLC,

       Plaintiff,

v.                                 Case No. 2:10-cv-11615

LAWYERS TITLE INSURANCE
CORPORATION,

       Defendant/Third-Party Plaintiff,

v.

SCOTT CHAPPELLE, et al.,

       Third-Party Defendants.

_____/

**ORDER DIRECTING EXPEDITED RESPONSE TO "MOTION FOR PROTECTIVE
ORDER" AND SETTING TELEPHONE CONFERENCE**

On January 13, 2012, Third-Party Defendants filed a motion for a protective

order, seeking to prevent Third-Party Plaintiff from taking the trial deposition of John

Clinton Hinds, Jr.  Counsel for Third-Party Plaintiff has communicated to the court's staff

their intention to schedule the deposition for February 6, 2012, so the court will order an

expedited response and set a telephone conference to discuss the motion.  Accordingly,

IT IS ORDERED that Third-Party Plaintiff shall file a response to Third-Party

Defendants' "Motion for Protective Order" [Dkt. # 76] no later than **January 24, 2012**.

IT IS FURTHER ORDERED that counsel for the parties shall participate in a

telephone conference on **January 26, 2012, at 10:30 a.m.**  The court will place the

telephone call.  During the conference, counsel should be prepared to discuss the

propriety of excluding Hinds's testimony under Federal Rule of Civil Procedure 37(c)(1).

                                              s/Robert H. Cleland                         
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated:  January 18, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record
on this date, January 18, 2012, by electronic and/or ordinary mail.

                                              s/Lisa G. Wagner                           
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522