**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

LOWER TOWN PROJECT, LLC,

    Plaintiff,

v.                                     Case No. 2:10-cv-11615

LAWYERS TITLE INSURANCE
CORPORATION,

    Defendant/Third-Party Plaintiff,

v.

SCOTT CHAPPELLE, et al.,

    Third-Party Defendants.
                                        /

**ORDER DENYING THIRD-PARTY DEFENDANTS' "MOTION FOR PROTECTIVE ORDER" AND SETTING DEADLINE FOR FILING OF MOTIONS IN LIMINE**

      On January 13, 2012, Third-Party Defendants filed a motion for a protective order, seeking to prevent Third-Party Plaintiff from taking the trial deposition of John Clinton Hinds, Jr. The motion has been fully briefed, and the court held a telephonic motion hearing on January 26, 2012. For reasons fully stated on the record,

      IT IS ORDERED that Third-Party Defendants' "Motion for Protective Order" [Dkt. # 76] is DENIED.

      IT IS FURTHER ORDERED that the parties must file any motions in limine no later than **February 10, 2012**.

                                                s/Robert H. Cleland
                                              ROBERT H. CLELAND
                                             UNITED STATES DISTRICT JUDGE

Dated: January 26, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 26, 2012, by electronic and/or ordinary mail.

                                           s/Lisa G. Wagner
                                           Case Manager and Deputy Clerk
                                           (313) 234-5522