**EXHIBIT 3**



**CONESTOGA-ROVERS**
& ASSOCIATES

2055 Niagara Falls Blvd, Suite #3, Niagara Falls, NY 14304
Telephone: 716-297-6150  Facsimile: 716-297-2265
www.CRAworld.com

**Strathmore Development Company**
**1427 West Saginaw**
**Suite 200**
**East Lansing, MI. 48823**

Invoice # : 153625
Project : 035951
Project Name : Strathmore-Lowertown Project Enviro
Invoice Group : **
Invoice Date : 2/21/2008
Purchase Order :

Attention: Scott Chappelle

*TERMS:  Net 30 Days.  Service Charge of 1½% per month payable on overdue accounts.*

For Professional Services Rendered through: 1/27/2008

Professional   Fees

| | | |
|---|---|---|
| Professional Fees | 73,686.25 | |
| Total Professional Fees | | 73,686.25 |

Expenses

| | | |
|---|---|---|
| Regular Expenses | 10,280.36 | |
| Unit Pricing | 6,451.16 | |
| Total Expenses | | 16,731.52 |
| Amount Due This Invoice  ** | | 90,417.77 |

Gretchen McKernan

**REMITTANCE ADDRESS**
Conestoga-Rovers & Associates, Inc.
Department 406
P.O. Box 8000
Buffalo, NY   14267

EQUAL EMPLOYMENT OPPORTUNITY EMPLOYER

Equal
Employment
Opportunity Employer

**ISO 9001**

Worldwide Engineering, Environmental, Construction, and IT Services

**Phase : 01 -- General Consulting**

**Professional Fees**

| Class / Employee Name | Date | Hours | Rate | OT ind | Amount |
|---|---|---|---|---|---|
| **Associate E3** | | | | | |
| Scott Adamowski | | | | | |
| | 12/31/2007 | 0.50 | 158.00 | | 79.00 |
| | 01/02/2008 | 0.50 | 158.00 | | 79.00 |
| | 01/10/2008 | 3.00 | 158.00 | | 474.00 |
| | 01/14/2008 | 1.00 | 158.00 | | 158.00 |
| | 01/16/2008 | 0.50 | 158.00 | | 79.00 |
| | 01/21/2008 | 0.50 | 158.00 | | 79.00 |
| | 01/25/2008 | 0.50 | 158.00 | | 79.00 |
| **Engineer E1** | | | | | |
| Gretchen McKernan | | | | | |
| | 01/02/2008 | 2.00 | 148.00 | | 296.00 |
| | 01/03/2008 | 1.00 | 148.00 | | 148.00 |
| | 01/04/2008 | 1.00 | 148.00 | | 148.00 |
| | 01/05/2008 | 1.00 | 148.00 | | 148.00 |
| | 01/06/2008 | 1.00 | 148.00 | | 148.00 |
| | 01/07/2008 | 1.00 | 148.00 | | 148.00 |
| | 01/08/2008 | 1.00 | 148.00 | | 148.00 |
| | 01/10/2008 | 2.00 | 148.00 | | 296.00 |
| | 01/14/2008 | 3.00 | 148.00 | | 444.00 |
| | 01/15/2008 | 1.00 | 148.00 | | 148.00 |
| | 01/16/2008 | 1.00 | 148.00 | | 148.00 |
| | 01/17/2008 | 1.00 | 148.00 | | 148.00 |
| | 01/23/2008 | 2.00 | 148.00 | | 296.00 |
| | 01/24/2008 | 2.00 | 148.00 | | 296.00 |
| | 01/25/2008 | 1.00 | 148.00 | | 148.00 |
| **Secretary B2** | | | | | |
| Ramona Rowsey | | | | | |
| | 01/22/2008 | 0.25 | 55.00 | | 13.75 |
| | 01/24/2008 | 0.25 | 55.00 | | 13.75 |
| | *Total Professional Fees* | | | | **4,162.50** |

**Regular Expenses**

| Vendor Name | Doc Nbr | Date | Cost | Multiplier | Amount |
|---|---|---|---|---|---|
| **Project Purchases** | | | | | |
| **Delivery** | | | | | |
| Federal Express ERS | 400525840 | 01/21/2008 | 51.43 | 1.00 | 51.43 |
| | | Express Mail | | | |
| | 400525840 | 01/21/2008 | 44.93 | 1.00 | 44.93 |
| | | Express Mail | | | |
| | 400525840 | 01/21/2008 | 56.55 | 1.00 | 56.55 |
| | | Express Mail | | | |
| | 400525840 | 01/21/2008 | 337.35 | 1.00 | 337.35 |
| | | Express Mail | | | |
| | 400525840 | 01/21/2008 | 50.58 | 1.00 | 50.58 |
| | | Express Mail | | | |
| | | Total:    Delivery | | | 540.84 |
| | | *Total Regular Expenses* | | | **540.84** |

**Unit Pricing Expenses**

| Vendor / Employee Name | Doc Nbr | Date | Units | Cost | Multiplier | Amount |
|---|---|---|---|---|---|---|
| **Information Technology Charges** | | | | | | |
| **Information Technology** | | | | | | |

**Phase : 01 -- General Consulting**

**Unit Pricing Expenses**

| Vendor / Employee Name | Doc Nbr | Date | Units | Cost | Multiplier | Amount |
|---|---|---|---|---|---|---|
| **Information Technology Charges** | | | | | | |
| **Information Technology** | | | | | | |
| Information Technology | 125380 | 01/27/2008 | 28.00 | 3.500 | 1.00 | 98.00 |
| Information Technology - US | | | | | | |
| | | Total: | Information Technology | | | 98.00 |
| | | **Total Unit Pricing** | | | | 98.00 |

| | | | | | |
|---|---|---|---|---|---|
| Total Phase : 01 -- General Consulting | | | Labor : | | 4,162.50 |
| | | | Expense : | | 638.84 |
| | | | Total : | | 4,801.34 |

**Phase :  02 -- BEA/Due Care Plan**

**Professional Fees**

| Class / Employee Name | Date | Hours | Rate | OT ind | Amount |
|---|---|---|---|---|---|
| **Chemist B2** | | | | | |
| Blaise Blastos | | | | | |
| | 01/15/2008 | 1.00 | 90.00 | | 90.00 |
| | 01/16/2008 | 1.00 | 90.00 | | 90.00 |
| **Database Analyst C3** | | | | | |
| Mary Cameron | | | | | |
| | 01/09/2008 | 0.50 | 115.00 | | 57.50 |
| **Draft/CADD B1** | | | | | |
| Gary C. Ushiro | | | | | |
| | 01/10/2008 | 1.50 | 68.00 | | 102.00 |
| | 01/21/2008 | 0.50 | 68.00 | | 34.00 |
| | 01/22/2008 | 2.00 | 68.00 | | 136.00 |
| | 01/23/2008 | 1.00 | 68.00 | | 68.00 |
| | 01/24/2008 | 3.50 | 68.00 | | 238.00 |
| | 01/25/2008 | 0.50 | 68.00 | | 34.00 |
| **Draft/CADD B3** | | | | | |
| Sharon Schaufele | | | | | |
| | 01/04/2008 | 0.50 | 68.00 | | 34.00 |
| **Draft/CADD C3** | | | | | |
| LeAnn Forche | | | | | |
| | 01/09/2008 | 2.00 | 78.00 | | 156.00 |
| | 01/10/2008 | 1.00 | 78.00 | | 78.00 |
| **Engineer A3** | | | | | |
| Laina Jerdon | | | | | |
| | 01/14/2008 | 1.50 | 85.00 | | 127.50 |
| **Engineer E1** | | | | | |
| Gretchen McKeman | | | | | |
| | 01/02/2008 | 2.00 | 148.00 | | 296.00 |
| | 01/04/2008 | 1.00 | 148.00 | | 148.00 |
| | 01/08/2008 | 1.00 | 148.00 | | 148.00 |
| | 01/09/2008 | 2.00 | 148.00 | | 296.00 |
| | 01/10/2008 | 1.00 | 148.00 | | 148.00 |
| | 01/11/2008 | 2.00 | 148.00 | | 296.00 |
| | 01/17/2008 | 2.00 | 148.00 | | 296.00 |
| | 01/18/2008 | 3.00 | 148.00 | | 444.00 |
| | 01/21/2008 | 4.00 | 148.00 | | 592.00 |
| | 01/22/2008 | 4.00 | 148.00 | | 592.00 |
| | 01/23/2008 | 2.00 | 148.00 | | 296.00 |

**Phase :  02  --  BEA/Due Care Plan**

**Professional Fees**

| Class / Employee Name | Date | Hours | Rate | OT ind | Amount |
|---|---|---|---|---|---|
| **Engineer E1** | | | | | |
| | 01/24/2008 | 2.00 | 148.00 | | 296.00 |
| **Scientist B1** | | | | | |
| Michael Coram | | | | | |
| | 01/21/2008 | 3.00 | 90.00 | | 270.00 |
| | 01/23/2008 | 2.00 | 90.00 | | 180.00 |
| | 01/24/2008 | 2.50 | 90.00 | | 225.00 |
| | *Total Professional Fees* | | | | **5,768.00** |

**Unit Pricing Expenses**

| Vendor / Employee Name | Doc Nbr | Date | Units | Cost | Multiplier | Amount |
|---|---|---|---|---|---|---|
| **Information Technology Charges** | | | | | | |
| **Information Technology** | | | | | | |
| Information Technology | 125380 | 01/27/2008 | 48.00 | 3.500 | 1.00 | 168.00 |
| Information Technology - US | | | | | | |
| | 125380 | 01/27/2008 | 2.00 | 3.500 | 1.00 | 7.00 |
| Information Technology - US | | | | | | |
| | | Total:    Information Technology | | | | 175.00 |
| **Personal Vehicle Expenses** | | | | | | |
| **Personal Vehicle Mileage** | | | | | | |
| Tom Kinney | 125202 | 01/07/2008 | 40.00 | 0.505 | 1.00 | 20.20 |
| Employee Vehicle - Miles | | Mileage | | | | |
| | | Total:    Personal Vehicle Mileage | | | | 20.20 |
| **Equipment/Supplies Charges** | | | | | | |
| **Printing** | | | | | | |
| Printing Supplies | 124899 | 01/25/2008 | 223.50 | 1.000 | 1.00 | 223.50 |
| US Drafting | | | | | | |
| | | Total:    Printing | | | | 223.50 |
| | | *Total Unit Pricing* | | | | **418.70** |

| | | | | |
|---|---|---|---|---|
| Total Phase : 02  --  BEA/Due Care Plan | | | Labor : | 5,768.00 |
| | | | Expense : | 418.70 |
| | | | Total : | **6,186.70** |

**Phase :  04  --  Permitting Activities**

**Professional Fees**

| Class / Employee Name | Date | Hours | Rate | OT ind | Amount |
|---|---|---|---|---|---|
| **Engineer E1** | | | | | |
| Gretchen McKernan | | | | | |
| | 01/02/2008 | 1.00 | 148.00 | | 148.00 |
| | 01/03/2008 | 1.00 | 148.00 | | 148.00 |
| | 01/07/2008 | 2.00 | 148.00 | | 296.00 |
| | 01/08/2008 | 1.00 | 148.00 | | 148.00 |
| | 01/11/2008 | 2.00 | 148.00 | | 296.00 |
| | 01/16/2008 | 2.00 | 148.00 | | 296.00 |
| | 01/24/2008 | 1.00 | 148.00 | | 148.00 |
| | *Total Professional Fees* | | | | **1,480.00** |

**Unit Pricing Expenses**

| Vendor / Employee Name | Doc Nbr | Date | Units | Cost | Multiplier | Amount |
|---|---|---|---|---|---|---|
| **Information Technology Charges** | | | | | | |
| **Information Technology** | | | | | | |

## Phase : 04 -- Permitting Activities

### Unit Pricing Expenses

| Vendor / Employee Name | Doc Nbr | Date | Units | Cost | Multiplier | Amount |
|---|---|---|---|---|---|---|
| **Information Technology Charges** | | | | | | |
| **Information Technology** | | | | | | |
| Information Technology | 125380 | 01/27/2008 | 10.00 | 3.500 | 1.00 | 35.00 |
| Information Technology - US | | | | | | |
| | | Total: | Information Technology | | | 35.00 |
| | | ***Total Unit Pricing*** | | | | **35.00** |

| | | | | |
|---|---|---|---|---|
| Total Phase : 04 -- Permitting Activities | | | Labor : | 1,480.00 |
| | | | Expense : | 35.00 |
| | | | Total : | 1,515.00 |

## Phase : 05 -- Additional Investigation

### Professional Fees

| Class / Employee Name | Date | Hours | Rate | OT ind | Amount |
|---|---|---|---|---|---|
| **Associate E2** | | | | | |
| Paul Wiseman | | | | | |
| | 01/02/2008 | 0.50 | 153.00 | | 76.50 |
| | 01/05/2008 | 0.50 | 153.00 | | 76.50 |
| | 01/07/2008 | 1.00 | 153.00 | | 153.00 |
| | 01/08/2008 | 0.50 | 153.00 | | 76.50 |
| | 01/09/2008 | 0.50 | 153.00 | | 76.50 |
| | 01/10/2008 | 0.50 | 153.00 | | 76.50 |
| | 01/11/2008 | 1.00 | 153.00 | | 153.00 |
| | 01/14/2008 | 0.50 | 153.00 | | 76.50 |
| | 01/15/2008 | 1.00 | 153.00 | | 153.00 |
| | 01/16/2008 | 1.00 | 153.00 | | 153.00 |
| | 01/17/2008 | 1.00 | 153.00 | | 153.00 |
| | 01/18/2008 | 1.00 | 153.00 | | 153.00 |
| | 01/21/2008 | 1.00 | 153.00 | | 153.00 |
| | 01/22/2008 | 0.50 | 153.00 | | 76.50 |
| | 01/23/2008 | 0.50 | 153.00 | | 76.50 |
| | 01/24/2008 | 0.50 | 153.00 | | 76.50 |
| **Associate E3** | | | | | |
| Scott Adamowski | | | | | |
| | 12/31/2007 | 0.50 | 158.00 | | 79.00 |
| | 01/02/2008 | 1.00 | 158.00 | | 158.00 |
| | 01/07/2008 | 0.50 | 158.00 | | 79.00 |
| | 01/11/2008 | 0.50 | 158.00 | | 79.00 |
| | 01/15/2008 | 0.50 | 158.00 | | 79.00 |
| | 01/23/2008 | 0.50 | 158.00 | | 79.00 |
| **Chemist B2** | | | | | |
| Blaise Blastos | | | | | |
| | 12/31/2007 | 0.50 | 90.00 | | 45.00 |
| | 01/03/2008 | 1.00 | 90.00 | | 90.00 |
| | 01/04/2008 | 1.50 | 90.00 | | 135.00 |
| | 01/07/2008 | 0.50 | 90.00 | | 45.00 |
| | 01/17/2008 | 1.50 | 90.00 | | 135.00 |
| | 01/18/2008 | 0.50 | 90.00 | | 45.00 |
| | 01/21/2008 | 1.00 | 90.00 | | 90.00 |
| | 01/22/2008 | 1.50 | 90.00 | | 135.00 |
| | 01/23/2008 | 1.00 | 90.00 | | 90.00 |

**Phase : 05 -- Additional Investigation**

**Professional Fees**

| Class / Employee Name | Date | Hours | Rate | OT ind | Amount |
|---|---|---|---|---|---|
| **Chemist B2** | | | | | |
| | 01/24/2008 | 1.00 | 90.00 | | 90.00 |
| **Database Analyst B3** | | | | | |
| Brian Kwiatoski | | | | | |
| | 01/18/2008 | 4.50 | 75.00 | | 337.50 |
| | 01/21/2008 | 3.00 | 75.00 | | 225.00 |
| | 01/25/2008 | 1.50 | 75.00 | | 112.50 |
| **Database Analyst C3** | | | | | |
| Mary Cameron | | | | | |
| | 01/22/2008 | 1.50 | 115.00 | | 172.50 |
| | 01/24/2008 | 1.50 | 115.00 | | 172.50 |
| | 01/25/2008 | 0.50 | 115.00 | | 57.50 |
| **Draft/CADD B1** | | | | | |
| Gary C. Ushiro | | | | | |
| | 01/10/2008 | 0.50 | 68.00 | | 34.00 |
| | 01/22/2008 | 1.50 | 68.00 | | 102.00 |
| **Draft/CADD B3** | | | | | |
| Sharon Schaufele | | | | | |
| | 01/24/2008 | 1.50 | 68.00 | | 102.00 |
| | 01/25/2008 | 1.50 | 68.00 | | 102.00 |
| **Draft/CADD D2** | | | | | |
| Melissa A. Jerome | | | | | |
| | 01/25/2008 | 0.50 | 89.00 | | 44.50 |
| **Engineer A2** | | | | | |
| James E. VanAssche | | | | | |
| | 01/03/2008 | 1.00 | 85.00 | | 85.00 |
| | 01/07/2008 | 2.00 | 85.00 | | 170.00 |
| **Engineer C1** | | | | | |
| Erik Engnell | | | | | |
| | 01/16/2008 | 3.00 | 106.00 | | 318.00 |
| **Engineer E1** | | | | | |
| Gretchen McKernan | | | | | |
| | 01/14/2008 | 1.50 | 148.00 | | 222.00 |
| | 01/15/2008 | 2.00 | 148.00 | | 296.00 |
| | 01/16/2008 | 2.00 | 148.00 | | 296.00 |
| | 01/17/2008 | 2.00 | 148.00 | | 296.00 |
| | 01/18/2008 | 2.00 | 148.00 | | 296.00 |
| | 01/21/2008 | 2.00 | 148.00 | | 296.00 |
| | 01/22/2008 | 2.00 | 148.00 | | 296.00 |
| | 01/23/2008 | 3.00 | 148.00 | | 444.00 |
| | 01/24/2008 | 2.00 | 148.00 | | 296.00 |
| **Geologist/Hydrogeo. E2** | | | | | |
| Tom Kinney | | | | | |
| | 01/02/2008 | 5.00 | 151.00 | | 755.00 |
| | 01/03/2008 | 7.00 | 151.00 | | 1,057.00 |
| | 01/04/2008 | 2.00 | 151.00 | | 302.00 |
| | 01/06/2008 | 0.50 | 151.00 | | 75.50 |
| | 01/07/2008 | 6.00 | 151.00 | | 906.00 |
| | 01/08/2008 | 2.50 | 151.00 | | 377.50 |
| | 01/09/2008 | 5.00 | 151.00 | | 755.00 |
| | 01/10/2008 | 4.00 | 151.00 | | 604.00 |
| | 01/14/2008 | 6.00 | 151.00 | | 906.00 |
| | 01/15/2008 | 1.50 | 151.00 | | 226.50 |

**Phase :  05 -- Additional Investigation**

**Professional Fees**

| Class / Employee Name | Date | Hours | Rate | OT ind | Amount |
|---|---|---|---|---|---|
| **Geologist/Hydrogeo. E2** | | | | | |
| | 01/16/2008 | 3.00 | 151.00 | | 453.00 |
| | 01/17/2008 | 4.00 | 151.00 | | 604.00 |
| | 01/18/2008 | 5.00 | 151.00 | | 755.00 |
| | 01/21/2008 | 3.00 | 151.00 | | 453.00 |
| | 01/22/2008 | 4.00 | 151.00 | | 604.00 |
| | 01/23/2008 | 2.50 | 151.00 | | 377.50 |
| | 01/24/2008 | 2.00 | 151.00 | | 302.00 |
| | 01/25/2008 | 2.50 | 151.00 | | 377.50 |
| **Purchasing/Maintenance A3** | | | | | |
| Patricia Butler | | | | | |
| | 01/04/2008 | 1.00 | 47.00 | | 47.00 |
| | 01/22/2008 | 1.00 | 47.00 | | 47.00 |
| **Safety Professional D1** | | | | | |
| William Doyle | | | | | |
| | 01/07/2008 | 0.50 | 129.00 | | 64.50 |
| **Scientist B1** | | | | | |
| Michael Coram | | | | | |
| | 01/02/2008 | 5.00 | 90.00 | | 450.00 |
| | 01/04/2008 | 4.00 | 90.00 | | 360.00 |
| | 01/07/2008 | 5.00 | 90.00 | | 450.00 |
| | 01/08/2008 | 2.00 | 90.00 | | 180.00 |
| | 01/09/2008 | 6.00 | 90.00 | | 540.00 |
| | 01/10/2008 | 9.00 | 90.00 | | 810.00 |
| | 01/14/2008 | 3.00 | 90.00 | | 270.00 |
| | 01/15/2008 | 2.50 | 90.00 | | 225.00 |
| | 01/16/2008 | 9.00 | 90.00 | | 810.00 |
| | 01/17/2008 | 2.50 | 90.00 | | 225.00 |
| | 01/18/2008 | 2.50 | 90.00 | | 225.00 |
| | 01/23/2008 | 3.00 | 90.00 | | 270.00 |
| | 01/24/2008 | 3.00 | 90.00 | | 270.00 |
| | 01/25/2008 | 4.00 | 90.00 | | 360.00 |
| **Secretary A2** | | | | | |
| Diane Sawka | | | | | |
| | 01/16/2008 | 0.50 | 55.00 | | 27.50 |
| | 01/21/2008 | 1.00 | 55.00 | | 55.00 |
| **Secretary B2** | | | | | |
| Ramona Rowsey | | | | | |
| | 01/14/2008 | 0.25 | 55.00 | | 13.75 |
| **Technician/Technologist A2** | | | | | |
| Danielle Gillespie | | | | | |
| | 01/02/2008 | 2.50 | 65.00 | | 162.50 |
| | 01/03/2008 | 2.50 | 65.00 | | 162.50 |
| | 01/04/2008 | 3.50 | 65.00 | | 227.50 |
| | 01/07/2008 | 0.50 | 65.00 | | 32.50 |
| | 01/18/2008 | 1.00 | 65.00 | | 65.00 |
| | 01/21/2008 | 2.00 | 65.00 | | 130.00 |
| | 01/24/2008 | 0.50 | 65.00 | | 32.50 |
| | 01/25/2008 | 1.50 | 65.00 | | 97.50 |
| Evan Varnas | | | | | |
| | 01/10/2008 | 10.50 | 65.00 | | 682.50 |
| | 01/11/2008 | 6.00 | 65.00 | | 390.00 |
| | 01/15/2008 | 8.00 | 65.00 | | 520.00 |

## Phase : 05 -- Additional Investigation

### Professional Fees

| Class / Employee Name | Date | Hours | Rate | OT ind | Amount |
|---|---|---|---|---|---|
| **Technician/Technologist A2** | | | | | |
| | 01/16/2008 | 9.00 | 65.00 | | 585.00 |
| | 01/17/2008 | 9.50 | 65.00 | | 617.50 |
| Nicole Shanks | | | | | |
| | 01/07/2008 | 4.00 | 65.00 | | 260.00 |
| | 01/09/2008 | 4.00 | 65.00 | | 260.00 |
| | 01/10/2008 | 3.50 | 65.00 | | 227.50 |
| | 01/11/2008 | 2.00 | 65.00 | | 130.00 |
| | 01/14/2008 | 11.00 | 65.00 | | 715.00 |
| | 01/15/2008 | 12.50 | 65.00 | | 812.50 |
| | 01/16/2008 | 10.00 | 65.00 | | 650.00 |
| | 01/17/2008 | 5.00 | 65.00 | | 325.00 |
| | 01/18/2008 | 7.00 | 65.00 | | 455.00 |
| | 01/21/2008 | 3.50 | 65.00 | | 227.50 |
| | 01/22/2008 | 10.50 | 65.00 | | 682.50 |
| | 01/23/2008 | 10.00 | 65.00 | | 650.00 |
| | 01/24/2008 | 9.00 | 65.00 | | 585.00 |
| | 01/25/2008 | 5.00 | 65.00 | | 325.00 |
| **Technician/Technologist B2** | | | | | |
| Steven Young | | | | | |
| | 01/17/2008 | 1.00 | 74.00 | | 74.00 |
| | 01/22/2008 | 0.50 | 74.00 | | 37.00 |
| **Technician/Technologist C2** | | | | | |
| David Rivers | | | | | |
| | 01/07/2008 | 4.50 | 90.00 | | 405.00 |
| | 01/08/2008 | 10.50 | 90.00 | | 945.00 |
| | 01/09/2008 | 10.00 | 90.00 | | 900.00 |
| | 01/10/2008 | 10.00 | 90.00 | | 900.00 |
| | 01/11/2008 | 7.00 | 90.00 | | 630.00 |
| | 01/18/2008 | 1.00 | 90.00 | | 90.00 |
| **Technician/Technologist C3** | | | | | |
| Greg Johnson | | | | | |
| | 01/15/2008 | 8.00 | 90.00 | | 720.00 |
| **Technician/Technologist D1** | | | | | |
| Frederick H. Yoerg | | | | | |
| | 01/11/2008 | 2.00 | 98.00 | | 196.00 |
| | 01/15/2008 | 3.00 | 98.00 | | 294.00 |
| | 01/16/2008 | 2.00 | 98.00 | | 196.00 |
| | 01/17/2008 | 0.50 | 98.00 | | 49.00 |
| | 01/18/2008 | 0.50 | 98.00 | | 49.00 |
| | 01/22/2008 | 1.50 | 98.00 | | 147.00 |
| | *Total Professional Fees* | | | | *39,217.75* |

### Regular Expenses

| Vendor Name | Doc Nbr | Date | Cost | Multiplier | Amount |
|---|---|---|---|---|---|
| **Subcontractor Costs - Non Affiliate** | | | | | |
| Subcontractor | | | | | |
| Stearns Drilling Company | 400524096 | 01/10/2008 | 9,101.00 | 1.00 | 9,101.00 |
| | | DRILLING | | | |
| | | Total:   Subcontractor | | | 9,101.00 |
| **Project Purchases** | | | | | |
| Delivery | | | | | |
| Federal Express ERS | 400525840 | 01/21/2008 | 51.36 | 1.00 | 51.36 |

**Phase :  05 -- Additional Investigation**

**Regular Expenses**

| Vendor Name | Doc Nbr | Date | Cost | Multiplier | Amount |
|---|---|---|---|---|---|
| **Project Purchases** | | | | | |
| **Delivery** | | | | | |
| | 400525840 | Express Mail 01/21/2008 | 43.07 | 1.00 | 43.07 |
| | 400518913 | Express Mail 12/24/2007 | 48.73 | 1.00 | 48.73 |
| | | Express Mail | | | |
| | | Total:     Delivery | | | 143.16 |
| **Employee Project Expenses** | | | | | |
| **Field Supplies/Services** | | | | | |
| Tom Kinney | 400520736 | 01/03/2008 | 5.00 | 1.00 | 5.00 |
| | 400520736 | Field Supplies 01/03/2008 | 165.00 | 1.00 | 165.00 |
| Evan Varnas | 400523762 | Field Supplies 01/16/2008 | 6.44 | 1.00 | 6.44 |
| | 400523762 | Field Supplies 01/16/2008 | 122.96 | 1.00 | 122.96 |
| | 400523762 | Field Supplies 01/17/2008 | 6.94 | 1.00 | 6.94 |
| | 400523762 | Field Supplies 01/17/2008 | 12.70 | 1.00 | 12.70 |
| | 400522127 | Field Supplies 01/10/2008 | 142.04 | 1.00 | 142.04 |
| Nicole Shanks | 400523744 | Field Supplies- 2 Traffic Signs 01/14/2008 | 17.77 | 1.00 | 17.77 |
| | | Field Supplies | | | |
| | | Total:     Field Supplies/Services | | | 478.85 |
| | | ***Total Regular Expenses*** | | | **9,723.01** |

**Unit Pricing Expenses**

| Vendor  / Employee Name | Doc Nbr | Date | Units | Cost | Multiplier | Amount |
|---|---|---|---|---|---|---|
| **Company Vehicle Expenses** | | | | | | |
| **Truck Mileage** | | | | | | |
| Company Vehicle Expense Mileage - Company Vehicles | 124967 | 01/09/2008 | 26.00 | 0.240 | 1.00 | 6.24 |
| Mileage - Company Vehicles | 124971 | 01/15/2008 | 389.00 | 0.240 | 1.00 | 93.36 |
| Mileage - Company Vehicles | 124975 | 01/22/2008 | 116.00 | 0.240 | 1.00 | 27.84 |
| Mileage - Company Vehicles | 124971 | 01/10/2008 | 237.00 | 0.240 | 1.00 | 56.88 |
| Mileage - Company Vehicles | 124967 | 01/14/2008 | 200.00 | 0.240 | 1.00 | 48.00 |
| | | Total:     Truck Mileage | | | | 232.32 |
| **On-Site Vehicle Charge** | | | | | | |
| Company Vehicle Expense Van or pick-up truck | 124965 | 01/09/2008 | 0.50 | 75.000 | 1.00 | 37.50 |
| Van or pick-up truck | 124973 | 01/22/2008 | 0.50 | 75.000 | 1.00 | 37.50 |
| Van or pick-up truck | 124969 | 01/10/2008 | 2.00 | 75.000 | 1.00 | 150.00 |
| Van or pick-up truck | 124969 | 01/15/2008 | 3.00 | 75.000 | 1.00 | 225.00 |
| | | Total:     On-Site Vehicle Charge | | | | 450.00 |
| **On-Site Vehicle Charge** | | | | | | |
| Company Vehicle Expense Van or pick-up truck | 124965 | 01/14/2008 | 1.00 | 300.000 | 1.00 | 300.00 |

Phase :  05 -- Additional Investigation

Unit Pricing Expenses

| Vendor / Employee Name | Doc Nbr | Date | Units | Cost | Multiplier | Amount |
|---|---|---|---|---|---|---|
| **Company Vehicle Expenses** | | | | | | |
| | | Total: | On-Site Vehicle Charge | | | 300.00 |
| **Information Technology Charges** | | | | | | |
| **Information Technology** | | | | | | |
| Information Technology | 125380 | 01/27/2008 | 20.00 | 3.500 | 1.00 | 70.00 |
| Information Technology - US | 125380 | 01/27/2008 | 19.00 | 3.500 | 1.00 | 66.50 |
| Information Technology - US | 125380 | 01/27/2008 | 374.75 | 3.500 | 1.00 | 1,311.63 |
| Information Technology - US | | | | | | |
| | | Total: | Information Technology | | | 1,448.13 |
| **Personal Vehicle Expenses** | | | | | | |
| **Personal Vehicle Mileage** | | | | | | |
| Tom Kinney | 123652 | 01/03/2008 | 160.00 | 0.505 | 1.00 | 80.80 |
| Employee Vehicle - Miles | | Mileage | | | | |
| Erik Engnell | 124574 | 01/16/2008 | 60.00 | 0.505 | 1.00 | 30.30 |
| Employee Vehicle - Miles | | Mileage | | | | |
| Michael Hoben | 124545 | 01/07/2008 | 60.00 | 0.505 | 1.00 | 30.30 |
| Employee Vehicle - Miles | | Mileage | | | | |
| | | Total: | Personal Vehicle Mileage | | | 141.40 |
| **Unit Price Charges** | | | | | | |
| **Field Supplies/Services** | | | | | | |
| Unit Pricing Task | 124916 | 01/07/2008 | 5.50 | 130.000 | 1.00 | 715.00 |
| Surveying Crew - 2 Person | 124916 | 01/14/2008 | 5.50 | 130.000 | 1.00 | 715.00 |
| Surveying Crew - 2 Person | 124916 | 01/16/2008 | 4.00 | 130.000 | 1.00 | 520.00 |
| Surveying Crew - 2 Person | | | | | | |
| | | Total: | Field Supplies/Services | | | 1,950.00 |
| **Equipment/Supplies Charges** | | | | | | |
| **Field Supplies/Services** | | | | | | |
| Field Supplies | 125372 | 01/11/2008 | 67.00 | 1.000 | 1.00 | 67.00 |
| CRA Field Supplies | | | | | | |
| | | Total: | Field Supplies/Services | | | 67.00 |
| **Field Supplies/Services** | | | | | | |
| Field Equipment | 125355 | 01/11/2008 | 1.00 | 50.000 | 1.00 | 50.00 |
| Oil/Water Interface Probe | | | | | | |
| | | Total: | Field Supplies/Services | | | 50.00 |
| **Field Supplies/Services** | | | | | | |
| Field Equipment | 125355 | 01/11/2008 | 3.00 | 75.000 | 1.00 | 225.00 |
| PID Monitor, All Types | | | | | | |
| | | Total: | Field Supplies/Services | | | 225.00 |
| **Telephone** | | | | | | |
| Telephone | 125571 | 01/10/2008 | 1.00 | 10.000 | 1.00 | 10.00 |
| Phone, mobile, digital cell | 125571 | 12/16/2007 | 1.00 | 10.000 | 1.00 | 10.00 |
| Phone, mobile, digital cell | 125578 | 01/15/2008 | 3.00 | 10.000 | 1.00 | 30.00 |
| Phone, mobile, digital cell | 125578 | 01/10/2008 | 1.00 | 10.000 | 1.00 | 10.00 |
| Phone, mobile, digital cell | 125571 | 01/16/2008 | 0.50 | 10.000 | 1.00 | 5.00 |
| Phone, mobile, digital cell | 125571 | 11/26/2007 | 0.50 | 10.000 | 1.00 | 5.00 |
| Phone, mobile, digital cell | 125571 | 01/03/2008 | 1.00 | 10.000 | 1.00 | 10.00 |
| Phone, mobile, digital cell | 125571 | 01/07/2008 | 1.00 | 10.000 | 1.00 | 10.00 |

## Phase : 05 -- Additional Investigation

### Unit Pricing Expenses

| Vendor / Employee Name | Doc Nbr | Date | Units | Cost | Multiplier | Amount |
|---|---|---|---|---|---|---|
| **Equipment/Supplies Charges** | | | | | | |
| **Telephone** | | | | | | |
| Phone, mobile, digital cell | | | | | | |
| | | Total: | Telephone | | | 90.00 |
| **Telephone** | | | | | | |
| Telephone | 125578 | 01/14/2008 | 1.00 | 40.000 | 1.00 | 40.00 |
| Phone, mobile, digital cell | 125578 | 01/22/2008 | 1.00 | 40.000 | 1.00 | 40.00 |
| Phone, mobile, digital cell | 125578 | 01/11/2008 | 1.00 | 40.000 | 1.00 | 40.00 |
| Phone, mobile, digital cell | | | | | | |
| | | Total: | Telephone | | | 120.00 |
| **Field Supplies/Services** | | | | | | |
| Field Equipment | 125355 | 01/11/2008 | 3.00 | 30.000 | 1.00 | 90.00 |
| Peristaltic Water Pump | | | | | | |
| | | Total: | Field Supplies/Services | | | 90.00 |
| | | **Total Unit Pricing** | | | | **5,163.85** |

**Total Phase : 05 -- Additional Investigation**

| | | |
|---|---|---|
| Labor : | | 39,217.75 |
| Expense : | | 14,886.86 |
| **Total :** | | **54,104.61** |

## Phase : 07 -- Remedial Design

### Professional Fees

| Class / Employee Name | Date | Hours | Rate | OT ind | Amount |
|---|---|---|---|---|---|
| **Associate E3** | | | | | |
| Scott Adamowski | | | | | |
| | 01/03/2008 | 1.00 | 158.00 | | 158.00 |
| | 01/08/2008 | 0.50 | 158.00 | | 79.00 |
| | 01/11/2008 | 0.50 | 158.00 | | 79.00 |
| | 01/15/2008 | 0.50 | 158.00 | | 79.00 |
| | 01/21/2008 | 0.50 | 158.00 | | 79.00 |
| | 01/23/2008 | 0.50 | 158.00 | | 79.00 |
| **Engineer B3** | | | | | |
| Jinlong Zang | | | | | |
| | 01/08/2008 | 0.50 | 95.00 | | 47.50 |
| | 01/09/2008 | 4.50 | 95.00 | | 427.50 |
| | 01/10/2008 | 5.00 | 95.00 | | 475.00 |
| | 01/11/2008 | 3.50 | 95.00 | | 332.50 |
| | 01/25/2008 | 7.50 | 95.00 | | 712.50 |
| **Engineer D1** | | | | | |
| Douglas Gatrell | | | | | |
| | 01/02/2008 | 2.00 | 129.00 | | 258.00 |
| | 01/03/2008 | 8.00 | 129.00 | | 1,032.00 |
| | 01/04/2008 | 8.00 | 129.00 | | 1,032.00 |
| | 01/07/2008 | 8.00 | 129.00 | | 1,032.00 |
| | 01/08/2008 | 6.00 | 129.00 | | 774.00 |
| | 01/09/2008 | 2.00 | 129.00 | | 258.00 |
| | 01/10/2008 | 4.00 | 129.00 | | 516.00 |
| | 01/11/2008 | 2.00 | 129.00 | | 258.00 |
| | 01/14/2008 | 8.00 | 129.00 | | 1,032.00 |
| | 01/15/2008 | 6.00 | 129.00 | | 774.00 |

**Phase :  07 -- Remedial Design**
**Professional Fees**

| Class / Employee Name | Date | Hours | Rate | OT ind | Amount |
|---|---|---|---|---|---|
| **Engineer D1** | | | | | |
| | 01/16/2008 | 6.00 | 129.00 | | 774.00 |
| | 01/17/2008 | 6.00 | 129.00 | | 774.00 |
| | 01/18/2008 | 4.00 | 129.00 | | 516.00 |
| | 01/22/2008 | 1.50 | 129.00 | | 193.50 |
| | 01/23/2008 | 2.50 | 129.00 | | 322.50 |
| | 01/24/2008 | 3.00 | 129.00 | | 387.00 |
| | 01/25/2008 | 5.00 | 129.00 | | 645.00 |
| **Engineer D2** | | | | | |
| Mark Kuhl | | | | | |
| | 01/09/2008 | 0.50 | 135.00 | | 67.50 |
| | 01/10/2008 | 0.50 | 135.00 | | 67.50 |
| | 01/11/2008 | 3.00 | 135.00 | | 405.00 |
| | 01/24/2008 | 1.00 | 135.00 | | 135.00 |
| | 01/25/2008 | 1.00 | 135.00 | | 135.00 |
| **Engineer E1** | | | | | |
| Gretchen McKernan | | | | | |
| | 01/02/2008 | 2.00 | 148.00 | | 296.00 |
| | 01/03/2008 | 2.00 | 148.00 | | 296.00 |
| | 01/04/2008 | 2.00 | 148.00 | | 296.00 |
| | 01/05/2008 | 2.00 | 148.00 | | 296.00 |
| | 01/06/2008 | 1.00 | 148.00 | | 148.00 |
| | 01/07/2008 | 5.00 | 148.00 | | 740.00 |
| | 01/08/2008 | 3.00 | 148.00 | | 444.00 |
| | 01/09/2008 | 4.00 | 148.00 | | 592.00 |
| | 01/10/2008 | 3.00 | 148.00 | | 444.00 |
| | 01/11/2008 | 2.00 | 148.00 | | 296.00 |
| | 01/15/2008 | 2.00 | 148.00 | | 296.00 |
| | 01/16/2008 | 2.00 | 148.00 | | 296.00 |
| | 01/17/2008 | 2.00 | 148.00 | | 296.00 |
| | 01/18/2008 | 2.00 | 148.00 | | 296.00 |
| | 01/21/2008 | 2.00 | 148.00 | | 296.00 |
| | 01/22/2008 | 2.00 | 148.00 | | 296.00 |
| | 01/23/2008 | 2.00 | 148.00 | | 296.00 |
| | 01/24/2008 | 1.00 | 148.00 | | 148.00 |
| **Print Room Operator B3** | | | | | |
| Patsy Parks | | | | | |
| | 01/14/2008 | 1.50 | 47.00 | | 70.50 |
| **Purchasing/Maintenance A3** | | | | | |
| Patricia Butler | | | | | |
| | 01/11/2008 | 0.50 | 47.00 | | 23.50 |
| **Scientist A2** | | | | | |
| Donald Pope | | | | | |
| | 01/04/2008 | 1.00 | 80.00 | | 80.00 |
| | 01/07/2008 | 1.00 | 80.00 | | 80.00 |
| | 01/08/2008 | 2.00 | 80.00 | | 160.00 |
| | 01/10/2008 | 1.00 | 80.00 | | 80.00 |
| | 01/11/2008 | 1.00 | 80.00 | | 80.00 |
| **Scientist C3** | | | | | |
| Sophia Dore | | | | | |
| | 01/09/2008 | 1.00 | 111.00 | | 111.00 |
| | 01/11/2008 | 1.00 | 111.00 | | 111.00 |
| | 01/14/2008 | 4.00 | 111.00 | | 444.00 |

**Phase :  07  --  Remedial Design**

## Professional Fees

| Class / Employee Name | Date | Hours | Rate | OT ind | Amount |
|---|---|---|---|---|---|
| **Scientist C3** | | | | | |
| | 01/17/2008 | 1.00 | 111.00 | | 111.00 |
| **Scientist E3** | | | | | |
| Alan F. Weston | | | | | |
| | 01/14/2008 | 2.00 | 156.00 | | 312.00 |
| | 01/17/2008 | 1.00 | 156.00 | | 156.00 |
| **Secretary B2** | | | | | |
| Ramona Rowsey | | | | | |
| | 01/16/2008 | 0.25 | 55.00 | | 13.75 |
| | 01/17/2008 | 0.25 | 55.00 | | 13.75 |
| **Secretary C2** | | | | | |
| Anne M. Hitchcock | | | | | |
| | 01/15/2008 | 1.50 | 55.00 | | 82.50 |
| | | Total Professional Fees | | | 21,933.00 |

## Regular Expenses

| Vendor Name | Doc Nbr | Date | Cost | Multiplier | Amount |
|---|---|---|---|---|---|
| **Project Purchases** | | | | | |
| **Delivery** | | | | | |
| Federal Express ERS | 400525840 | 01/21/2008 | 16.51 | 1.00 | 16.51 |
| | | Express Mail | | | |
| | Total: | Delivery | | | 16.51 |
| | | Total Regular Expenses | | | **16.51** |

## Unit Pricing Expenses

| Vendor / Employee Name | Doc Nbr | Date | Units | Cost | Multiplier | Amount |
|---|---|---|---|---|---|---|
| **Travel and Lodging** | | | | | | |
| **Personal Vehicle Mileage** | | | | | | |
| Douglas Gatrell | 2027 | 01/03/2008 | 68.00 | 0.505 | 1.00 | 34.34 |
| Employee Vehicle - Miles | | Mileage | | | | |
| | 2027 | 01/10/2008 | 50.00 | 0.505 | 1.00 | 25.25 |
| Employee Vehicle - Miles | | Mileage | | | | |
| | Total: | Personal Vehicle Mileage | | | | 59.59 |
| **Information Technology Charges** | | | | | | |
| **Information Technology** | | | | | | |
| Information Technology | 125380 | 01/27/2008 | 27.00 | 3.500 | 1.00 | 94.50 |
| Information Technology - US | | | | | | |
| | 125380 | 01/27/2008 | 1.50 | 3.500 | 1.00 | 5.25 |
| Information Technology - US | | | | | | |
| | 125380 | 01/27/2008 | 145.00 | 3.500 | 1.00 | 507.50 |
| Information Technology - US | | | | | | |
| | Total: | Information Technology | | | | 607.25 |
| **Equipment/Supplies Charges** | | | | | | |
| **Telephone** | | | | | | |
| Telephone | 125571 | 01/10/2008 | 1.00 | 10.000 | 1.00 | 10.00 |
| Phone, mobile, digital cell | | | | | | |
| | 125571 | 12/11/2007 | 1.00 | 10.000 | 1.00 | 10.00 |
| Phone, mobile, digital cell | | | | | | |
| | 125571 | 12/13/2007 | 1.00 | 10.000 | 1.00 | 10.00 |
| Phone, mobile, digital cell | | | | | | |
| | 125571 | 01/03/2008 | 1.00 | 10.000 | 1.00 | 10.00 |
| Phone, mobile, digital cell | | | | | | |
| | Total: | Telephone | | | | 40.00 |
| | | Total Unit Pricing | | | | **706.84** |

**Total Phase : 07 -- Remedial Design**

| | | |
|---|---|---|
| Labor : | 21,933.00 |
| Expense : | 723.35 |
| **Total :** | **22,656.35** |

**Phase :  10 -- Delisting Petition**

**Professional Fees**

| Class / Employee Name | Date | Hours | Rate | OT ind | Amount |
|---|---|---|---|---|---|
| **Associate E3** | | | | | |
| Scott Adamowski | | | | | |
| | 01/08/2008 | 0.50 | 158.00 | | 79.00 |
| | 01/14/2008 | 0.50 | 158.00 | | 79.00 |
| | 01/17/2008 | 0.50 | 158.00 | | 79.00 |
| **Engineer E1** | | | | | |
| Gretchen McKernan | | | | | |
| | 01/02/2008 | 1.00 | 148.00 | | 148.00 |
| | 01/03/2008 | 4.00 | 148.00 | | 592.00 |
| | 01/04/2008 | 1.00 | 148.00 | | 148.00 |
| | **Total Professional Fees** | | | | **1,125.00** |

**Unit Pricing Expenses**

| Vendor / Employee Name | Doc Nbr | Date | Units | Cost | Multiplier | Amount |
|---|---|---|---|---|---|---|
| **Information Technology Charges** | | | | | | |
| **Information Technology** | | | | | | |
| Information Technology | 125380 | 01/27/2008 | 1.50 | 3.500 | 1.00 | 5.25 |
| Information Technology - US | | | | | | |
| Information Technology - US | 125380 | 01/27/2008 | 6.00 | 3.500 | 1.00 | 21.00 |
| | | Total: | Information Technology | | | 26.25 |
| **Equipment/Supplies Charges** | | | | | | |
| **Photocopies** | | | | | | |
| Photocopies | 125470 | 01/25/2008 | 18.00 | 0.140 | 1.00 | 2.52 |
| US Photocopy | | | | | | |
| | | Total: | Photocopies | | | 2.52 |
| | | **Total Unit Pricing** | | | | **28.77** |

**Total Phase : 10 -- Delisting Petition**

| | | |
|---|---|---|
| Labor : | 1,125.00 |
| Expense : | 28.77 |
| **Total :** | **1,153.77** |

**Total Project:**    035951 -- Strathmore-Lowertown Project Enviro

90,417.77

| | Invoice No.: |
|---|---|
| | **13375** |

# STEARNS DRILLING

6974 Hammond SE <> Dutton, Michigan 49316 <> 616/698-7770 <> FAX 616/698-9886
*REMIT TO: Stearns Drilling Company, 6974 Hammond SE, Dutton MI 49316-9116*

January 15, 2008

To:
Attn: Accounts Payable
Conestoga-Rovers & Associates, Inc.
2055 Niagara Falls Blvd, Suite 3
Niagara Falls NY 14304-5702

Project:
Broadway Village
Ann Arbor, Michigan
Project Manager: Tom Kinney
Purchase Order #4010044

| Type of Work: Drilling Services | Period Covered: 01/08/08 - 01/10/08 | Date Complete: 01/10/08 | Job No: 08-11889-1 |
|---|---|---|---|

| Description | | | Unit Price | Extension | Total |
|---|---|---|---|---|---|
| 1. MOBILIZATION/DEMOBILIZATION | | | | | |
| PREPARATION | 1.0 | Trip(s) | $910.00 | $910.00 | $910.00 |
| 2. DRILLING SERVICES | | | | | |
| a. 4 1/4-inch H.S.A. drilling (0'-25') | 75.0 | Feet | 10.00 | 750.00 | |
| 4 1/4-inch H.S.A. drilling (25'-50') | 27.0 | Feet | 11.00 | 297.00 | |
| b. Split-spoon sample (0'-25') | 30.0 | Each | 22.00 | 660.00 | |
| Split-spoon sample (25'-50') | 14.0 | Each | 32.00 | 448.00 | |
| c. Asphalt cutting/coring | 12.0 | Inches | 10.00 | 120.00 | |
| d. Access, decontamination, clean up, haul water, drum handling and | | | | | |
| miscellaneous | 11.0 | Hour(s) | 140.00 | 1,540.00 | |
| e. Well installation/boring abandonment | 4.75 | Hour(s) | 140.00 | 665.00 | 4,480.00 |
| 3. MATERIALS | | | | | |
| a. Redi-mix concrete | 18.0 | Bag(s) | 6.00 | 108.00 | |
| b. Bentonite Holeplug | 14.0 | Bag(s) | 10.00 | 140.00 | |
| c. 9" watertight flush mount cover | 3.0 | Each | 136.00 | 408.00 | |
| d. 1" compression seal cap | 6.0 | Each | 19.00 | 114.00 | |
| e. Sand pack | 33.0 | Bag(s) | 8.00 | 264.00 | |
| f. Drum (55-gallon D.O.T.) | 4.0 | Each | 34.00 | 136.00 | |
| g. Casing - 1" PVC | 130.0 | Feet | 2.90 | 377.00 | |
| h. Screen - 1" x 5' PVC | 6.0 | Each | 30.00 | 180.00 | |
| i. Auger knockout/flex plug | 2.0 | Each | 20.00 | 40.00 | 1,767.00 |
| 4. EXPENSES | | | | | |
| a. Support truck | 3.0 | Day(s) | 70.00 | 210.00 | |
| b. Steam cleaner/generator | 3.0 | Day(s) | 50.00 | 150.00 | |
| c. Loader | 3.0 | Day(s) | 230.00 | 690.00 | |
| d. Traffic signs and cones | 3.0 | Day(s) | 50.00 | 150.00 | |
| e. Winterizing charge | 3.0 | Day(s) | 10.00 | 30.00 | |
| f. Daily travel expenses | 6.0 | Man Day(s) | 105.00 | 630.00 | |
| g. Level "D" protection | 6.0 | Man Day(s) | 14.00 | 84.00 | 1,944.00 |
| | | | TOTAL INVOICE: | | $9,101.00 |

*Approval of Invoice* NIAGARA FALLS
#3595I·05
Date 1/17/08
Approval *TK*
G/L Code
PO # 4010044

RECEIVED
JAN 1 8 2008
N Falls Purchasing

RECEIVED
JAN 1 8 2007
N Fall Acct Payable

g:\clients\CRA\invoices\13375

All applicable taxes have been paid. Federal TIN: 38-2159108
Terms - Net 30 Days   A finance charge of 1.5% per month will be added to all invoices unpaid after 30 days.

$55 each
3-Well Permits
WASHTENAW CO.

# RECEIPT

No. 137295

35951-05

$165.00

DATE: 1/3/08

RECEIVED FROM: Kimley

FOR: $165.00

1120 Broadway.

DOLLARS

O FOR RENT
O FOR
ACCOUNT
PAYMENT
BAL. DUE

O CASH
O CHECK
O MONEY ORDER

FROM ___ TO ___

BY: CW

# ACTION RENTAL

## RENTAL • SALES • SERVICE
### 4051 CARPENTER ROAD    YPSILANTI, MI 48197

734) 971-8330    FAX (734)971-8336    www.actionrentalcenter.com

MON-FRI 9:00am - 5:00pm
SAT 8:00am-Noon DEC-MARCH

| | |
|---|---|
| CONTRACT NUMBER | RECONTRACT AC553153 FG |
| DATE AND TIME IN | |
| DATE AND TIME OUT | 01/16/2008   09:58 |
| TOTAL HOURS | |
| FAX | |
| EVENT | E. Varnas  35951-05 |

**BILL TO:**
453-5123                    (734) 453-5123
CONESTOGA ROVERS ASSOC
14496 SHELDEN RD SUITE 200
PLYMOUTH, MI 48170
AN  AN

**SHIP TO:**
CONESTOGA ROVERS ASSOC
14496 SHELDEN RD SUITE 200
PLYMOUTH, MI 48170
AN  AN

| WRITTEN BY | CHECKED IN BY | AGENT | JOB LOCATION |
|---|---|---|---|
| MARK | | EVAN VARNAS | |
| LICENSE NUMBER | DRIVER'S LICENSE NUMBER | P.O. NO. OR JOB NO. | DATE AND TIME DUE IN |
| | V-552-238-660-613 | | 01/16/08    13:55 |

### I T E M S   R E N T E D

| QUANTITY | PART NUMBER | DESCRIPTION | MINIMUM CHARGE | EX-HOURS | PER DAY | PER WEEK | PER MONTH | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | 8510008 | ROTOHAMMER 3/8"-5" BITS | 35.00/4H | 9.00 | 54.00 | 216.00 | 648.00 | 36.00 |
| 1 | 8992000 | 3" CORE BIT W/SHANK & BIT | 20.00/1D | 3.33 | 20.00 | 80.00 | 240.00 | 20.00 |
| | | ****************************************** | | | | | | |
| | | DAMAGE WAIVER DOES NOT COVER CARBIDE BITS | | | | | | |
| | | INCLUDES CENTER DRILLING BIT____ & | | | | | | |
| | | KNOCK OUT TOOL ____ | | | | | | |
| | | ****************************************** | | | | | | |
| 1 | 2046001 | 3500 WATT GENERATOR | 55.00/1D | 9.00 | 55.00 | 220.00 | 660.00 | 55.00 |
| | | ****************************************** | | | | | | |
| | | CHECK OIL WHEN REFUELING | | | | | | |
| | | SUBJECT TO $5.00 MIN REFUELING CHARGE | | | | | | |
| | | ****************************************** | | | | | | |
| 1 | 3506000 | 25' EXTENSION CORD | 5.00/1D | 1.00 | 5.00 | 20.00 | 60.00 | 5.00 |

| Qty | Items Purchased | | Return | Used | Each | Amount |
|---|---|---|---|---|---|---|
| 0 | UNLEADED | UNLEADED PER 10 2046001 | | 0 | 0 | .00 |

## DAMAGE WAIVER    10% OF RENTAL UNLESS OTHERWISE NOTED.

ACCEPTED BY CUSTOMER, DEALER AGREES, IN CONSIDERATION OF AN ADDITIONAL CHARGE,
ASSUME CERTAIN RISKS OR LOSS AS PROVIDED ON REVERSE SIDE.

DAMAGE WAIVER ACCEPTED:    ☐ YES ____
                          ☒ NO ____

PROMPT RETURN ON RENTALS WILL SAVE YOU MONEY.

I have read & I agree to the CONTRACT TERMS ON THE FRONT AND BACK OF THIS WRITING, which constitute our entire agreement. There are no oral representations not included herein. I acknowledge receipt of a copy of this contract.

OTHER THAN RENTER, SIGNER REPRESENTS HE IS AGENT OF AND AUTHORIZED TO SIGN FOR RENTER.

| | |
|---|---|
| CONTRACT DEPOSIT (MASTER CARD) | 122.90 |

# WOLVERINE

**PACKING SLIP**

| | |
|---|---|
| SHIP TO | CASH SALES - CANTON |
| SOLD TO | CASH - CANTON |

| DATE | TIME | PAGE |
|---|---|---|
| 01/10/08 | 10:01:39 (O) | 01 |

| ACCOUNT NO. | PHONE NO. | INVOICE NO. |
|---|---|---|
| CASH002 | 000 0000000 | PICPAK |

| SHIP VIA | PURCHASE ORDER |
|---|---|
| | |

| SALES TAX LICENSE NO. | FEDERAL EXEMPTION NO. |
|---|---|
| | |

| | SALESPERSON |
|---|---|
| | L03 |

ORDER#: 000087.01          FREIGHT TERMS:

```
***********    Contact any of our stores toll free    ***********
Brighton  866-573-4WTE  Southfield  866-577-4WTE  Grand Rapids  866-574-4WTE
                        Richmond  866-576-4WTE
Hours M-F 7:30-6 Sat 8-12    PHONE #: 1-810-229-9515  FAX #: 1-810-229-7144
```

| PART# | DESCRIPTION | BIN | ORD | ISS | SHP | B/O | UTT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| ZT80479 | REF | D1S30 | 2 | 2 | 2 | | * | 67.00 | 134.00 |

```
                                    SUB TOTAL==>   134.00
                                    MICHIGAN 6%      8.04
                                    TOTAL CASH     142.04
```

```
WOLVERINE TRACTOR
AND IMPLEMENT CO
CANTON
5755 BELLEVILLE

TERMINAL ID :        79453833
MERCHANT N:         800000000000000

MASTERCARD
*************7306
SALE
BATCH: 000005
INVOICE: 000010
JAN 10, 08      10:02
RRN: 801015500500
AUTH NO: 010707
```

E. Varnes
35951 - 05

```
TOTAL        $142.04

EVAN P VARNAS
        CANTON MI 48188
        734-397-2128
        THANK YOU
```

---

*THANK YOU FOR YOUR BUSINESS!*

THIS IS A SHIPPING DOCUMENT ONLY.
AN INVOICE WILL BE MAILED SHORTLY.

SIGNATURE

## DAILY WORK SHEET
### Survey and CADD work

PROJECT NAME **Lowertown, Ann Arbor**
PROJECT NUMBER **35951**
PROJECT MANAGER **T. Kinney**

| DESCRIPTION (INCLUDE SIZE) | BST CODE | Monday 1/7/2008 | Tuesday 1/8/2008 | Wednesday 1/9/2008 | Thursday 1/10/2008 | Friday 1/11/2008 | Saturday | Sunday | CHARGEOUT RATE | NO. OF HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Survey Crew - 1 Person | USCRW1 | | | | | | | | $125.00 | 0 | $0.00 |
| Survey Crew - 2 Person F.Yoerg/M.Hoben | USCRW2 | 5.5 | | | | | | | $130.00 | 5.5 | $715.00 |
| Survey Crew - 3 Person | USCRW3 | | | | | | | | $165.00 | 0 | $0.00 |
| CADD | USSCAD | | | | | | | | $85.00 | 0 | $0.00 |
| Survey Manager | USSM | | | | | | | | $110.00 | 0 | $0.00 |
| Survey Assistant Manager | USASM | | | | | | | | $75.00 | 0 | $0.00 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | **$715.00** |

CURRENCY     ☑ U.S.     ☐ CDN     ☐ UK     ☐ OTHER

COMMENTS: _____

To be completed by Survey Crew Manager:

| | | | | |
|---|---|---|---|---|
| CRA Inc.: | Original | sent to Waterloo Accounting for recovery: | ☑ YES | ☐ N/A |
| CRA Ltd.: | Original | sent to Waterloo Accounting for recovery: | ☐ YES | ☐ N/A |
| CRA UK: | Original | sent to UK Accounting for recovery. | ☐ YES | ☐ N/A |

Filing:
CRA Inc.: Original to Waterloo Accounting (Sandra Mitchell); copy to Office Field Equipment Manager
CRA Ltd.: Original to Waterloo Accounting (Sandra Mitchell); copy to Office Field Equipment Manager
CRA UK: Original to UK Accounting for recovery; copy of Office Field Equipment Manager

## DAILY WORK SHEET
### Survey and CADD work

| PROJECT NAME | Lower Town |
|---|---|
| PROJECT NUMBER | 35951 |
| PROJECT MANAGER | Gretchen McKernan |

| DESCRIPTION (INCLUDE SIZE) | BST CODE | Monday 1/14/2008 | Tuesday 1/15/2008 | Wednesday 1/16/2008 | Thursday 1/17/2008 | Friday 1/18/2008 | Saturday 01/19/06 | Sunday 01/2008 | CHARGEOUT RATE | NO. OF HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Survey Crew - 1 Person | USCRW1 | | | | | | | | $125.00 | 0 | $0.00 |
| Survey Crew - 2 Person   Fred Yoerg          Greg Johnson | USCRW2 | 5.5 ✓ | / | 4  ✓ | | | | | $130.00 | 9.5 | $1,235.00 |
| Survey Crew - 3 Person | USCRW3 | | | | | | | | $165.00 | 0 | $0.00 |
| CADD | USSCAD | | | | | | | | $65.00 | 0 | $0.00 |
| Survey Manager | USSM | | | | | | | | $110.00 | 0 | $0.00 |
| Survey Assistant Manager | USASM | | | | | | | | $75.00 | 0 | $0.00 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | $1,235.00 |

CURRENCY:  ☑ U.S.     ☐ CDN     ☐ UK     ☐ OTHER

715.00
520.00
1235.00

COMMENTS.

To be completed by Survey Crew Manager:

| | | | | |
|---|---|---|---|---|
| CRA Inc.: | Original | sent to Waterloo Accounting for recovery: | ☑ YES | ☐ N/A |
| CRA Ltd.: | Original | sent to Waterloo Accounting for recovery: | ☐ YES | ☐ N/A |
| CRA UK: | Original | sent to UK Accounting for recovery: | ☐ YES | ☐ N/A |

Filing    CRA Inc.:   Original to Waterloo Accounting (Sandra Mitchell); copy to Office Field Equipment Manager
          CRA Ltd.:   Original to Waterloo Accounting (Sandra Mitchell); copy to Office Field Equipment Manager
          CRA UK:    Original to UK Accounting for recovery; copy of Office Field Equipment Manager

FIELD EQUIPMENT REQUISITION FORM

(QSF-014)

EQUIPMENT USER  Edurnas & D. Rivers

ORDER DATE

PICKUP DATE

JOB DATE: 1 11 08
EXPECTED DATE OF RETURN: 1 11 08
BRANCH OFFICE: DET

PROJECT NUMBER: 35951-05
PROJECT NAME: LowerTown
PROJECT MANAGER: Gretchen McKernan

| DESCRIPTION (INCLUDE SIZE) | BST CODE | EQUIPMENT CONTROL NUMBER | NO. ORDERED | NO. RETURNED | QUANTITY PERIOD USED (if only) | TOTAL | CHARGEOUT RATE | PER | AMOUNT | ARE YOU TRAINED IN THE USE OF THIS EQUIPMENT? YES (PLEASE INITIAL) |
|---|---|---|---|---|---|---|---|---|---|---|
| First Aid Kit | 0041 | | 1 | | | | 5 | | 5 | N/A |
| Peristaltic Pump | C149 | 04603 04604 04353 | 3 | 3 | 1 day | 3 | 30 | D | 90 | BV |
| Interface Probe | 0075 | 06925 | 1 | 1 | 1 day | 1 | 50 | D | 50 | BV |
| 1/4" tubing | | | 180' | 0 | | | 15 | | 27 | |
| buckets | | | | | | | 10 | | 20 | |
| PID | 0137 | 04667 | 2 | 1 | 3 days | 3 | 75 | L | 225 | |
| XL Nitrile Gloves | | | 1 | 0 | | | 20 | | 20 | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | OOIF3 $ 651.00 | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | TOTAL CHARGEABLE AMOUNT | | 437 | |

CURRENCY   ☐ U.S.   ☐ CDN   ☐ UK   ☐ OTHER

COMMENTS

To be completed by Field Equipment Manager.   Actual Date Returned: 1-17-08   Signature:

| | | | | |
|---|---|---|---|---|
| CRA Inc.: | Original | sent to Waterloo Accounting for recovery: | ☐ YES  ☐ N/A | Date |
| CRA Ltd.: | Original | sent to Waterloo Accounting for recovery: | ☐ YES  ☐ N/A | Date |
| CRA UK: | Original | sent to UK Accounting for recovery | ☐ YES  ☐ N/A | Date |

Filing:   CRA Inc.:   Original to Waterloo Accounting (Sandra Mitchell); copy to Office Field Equipment Manager
CRA Ltd.:   Original to Waterloo Accounting (Sandra Mitchell); copy to Office Field Equipment Manager
CRA UK   Original to UK Accounting for recovery; copy of Office Field Equipment Manager

THIS COMPLETED FORM IS A QUALITY RECORD