**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

LOWER TOWN PROJECT, LLC,

       Plaintiff,

v.                                Case No. 2:10-cv-11615

LAWYERS TITLE INSURANCE
CORPORATION,

       Defendant/Third-Party Plaintiff,

v.

SCOTT CHAPPELLE, et al.,

       Third-Party Defendants.

_____/

**ORDER CANCELLING JURY TRIAL AND SETTING TELEPHONE CONFERENCE**

On March 1, 2012, counsel for Third-Party Plaintiff and the remaining Third-Party

Defendants informed the court that their clients had reached a mutually agreeable

resolution of this matter.  During a telephone conference conducted on the record on

March 2, 2012, counsel confirmed that the parties had agreed on the material terms of a

settlement, which would be memorialized in a confidential settlement agreement that

counsel were in the process of drafting.  Counsel also indicated that, within one week,

they would submit to the court a proposed judgment and dismissal that would dispose of

all remaining claims.  Accordingly,

IT IS ORDERED that the jury trial scheduled to commence on March 5, 2012, is

CANCELLED.  The jury empaneled in this matter shall be discharged.

IT IS FURTHER ORDERED that counsel for the parties shall participate in a telephone conference on **March 9, 2012, at 10:15 a.m.**  The court will place the telephone call.  If counsel submit proposed orders closing the case in advance of the date, the court will cancel the telephone conference.

   s/Robert H. Cleland                     
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  March 5, 2012


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 5, 2012, by electronic and/or ordinary mail.

   s/Lisa G. Wagner                      
Case Manager and Deputy Clerk
(313) 234-5522