UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**LOWER TOWN PROJECT, LLC**,

    Plaintiff,

v.

**LAWYERS TITLE INSURANCE CORPORATION**,

    Defendant/Third-Party Plaintiff,

v.

**SCOTT CHAPPELLE,; STRATHMORE DEVELOPMENT COMPANY MICHIGAN, LLC**, a Michigan limited liability, company; **LOWER TOWN DEVELOPMENT GROUP, LLC**, a Michigan limited liability company; **CLARK CONSTRUCTION COMPANY, INC.,** a Michigan Corporation; and **TERRA MANAGEMENT COMPANY**, a Michigan corporation; jointly and severally,

    Third-Party Defendants.

Case No.: 2:10-cv-11615-RHC-DAS
HON. ROBERT H. CLELAND

_____

## STIPULATED ORDER OF DISMISSAL

    This matter having coming before the Court upon the Stipulation of the parties as is evidenced by the signatures of their respective counsel below, the parties to this Order having reached a resolution of this matter pursuant to the terms of their Settlement Agreement and Mutual Release dated March 9, 2012, and the Court being otherwise fully advised in the premises,

    IT IS HEREBY ORDERED that, pursuant to the Settlement Agreement and Mutual Release executed by the parties, all claims of Third-Party Plaintiff, Lawyers Title Insurance Corporation, against the Third-Party Defendants, Scott Chappelle and Strathmore Development

Company Michigan, LLC, be, and are hereby, dismissed with prejudice and without costs or attorneys' fees to any party.

IT IS FURTHER ORDERED that, pursuant to the Settlement Agreement and Mutual Release executed by the parties, this case may be reinstated solely for the purpose of enforcing paragraph 3.1 of the Settlement Agreement of the parties and the Court specifically retains jurisdiction for this purpose.

IT IS SO ORDERED.

                                                s/Robert H. Cleland
                                                United States District Court Judge

**Stipulated and agreed to:**

| GRUA JAMO & YOUNG PLC | MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C. |
|---|---|
| */s/ Jim Jamo* | */s/ David E. Hart* |
| JAMES S. JAMO (P36650) | DAVID E. HART (P45084) |
| Attorneys for Third Party Defendants | LAVINIA S. BIASELL (P66018) |
| Scott Chappelle and | Attorneys for Third-Party Plaintiff |
| Strathmore Development Company | Lawyers Title Insurance Company |
| Michigan, LLC | 28400 Northwestern Highway, Third Floor |
| 2401 E. Grand River Avenue | Southfield, MI 48034 |
| Lansing, MI 48912 | (248) 354-4030 |
| (517) 487-8300 | |