UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**LOWER TOWN PROJECT, LLC**,

    Plaintiff,

v.

**LAWYERS TITLE INSURANCE CORPORATION**,

    Defendant/Third-Party Plaintiff,

v.

**SCOTT CHAPPELLE,; STRATHMORE DEVELOPMENT COMPANY MICHIGAN, LLC**, a Michigan limited liability, company; **LOWER TOWN DEVELOPMENT GROUP, LLC**, a Michigan limited liability company; **CLARK CONSTRUCTION COMPANY, INC.,** a Michigan Corporation; and **TERRA MANAGEMENT COMPANY**, a Michigan corporation; jointly and severally,

    Third-Party Defendants.

Case No.: 2:10-cv-11615-RHC-DAS
HON. ROBERT H. CLELAND

___

## **JUDGMENT**

This matter having come before the court upon the stipulation of the parties as is evidenced by the signatures of their respective counsel below, the parties to this Judgment having reached a resolution of this matter, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Judgment be, and is hereby, granted in favor of Third-Party Plaintiff, Lawyers Title Insurance Corporation and against the Third-Party Defendants, Terra Management Company and Lower Town Development Group, LLC, only, jointly and

severally, in the amount of $825,000.00 inclusive of cost, prejudgment interest and attorneys' fees, plus post-judgment interest at the statutory rate.

IT IS FURTHER ORDERED that this Judgment is entered pursuant to the stipulation of the parties in compromise of Third-Party Plaintiff's disputed claims against Terra Management Company and Lower Town Development Group, LLC, only and shall not be interpreted as an admission of liability by any party or a finding of the Court with regard to any fact.

IT IS SO ORDERED.

  s/Robert H. Cleland
DISTRICT COURT JUDGE

**Stipulated and agreed to:**

| GRUA JAMO & YOUNG PLC | MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C. |
|---|---|
| */s/ Jim Jamo* | */s/ David E. Hart* |
| JAMES S. JAMO (P36650) | DAVID E. HART (P45084) |
| Attorneys for Third Party Defendants | LAVINIA S. BIASELL (P66018) |
| Terra Management Company and | Attorneys for Third-Party Plaintiff |
| Lower Town Development Group, LLC | Lawyers Title Insurance Company |
| 2401 E. Grand River Avenue | 28400 Northwestern Highway, Third Floor |
| Lansing, MI 48912 | Southfield, MI 48034 |
| (517) 487-8300 | (248) 354-4030 |

1197719.v2 / 11708.0351/Final     2