UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOWER TOWN PROJECT, LLC,

        Plaintiff,                    No. 10-11615

v.                              District Judge Robert H. Cleland
                                    Magistrate Judge R. Steven Whalen

LAWYERS TITLE INSURANCE
CORPORATION,

        Defendant/Third-Party Plaintiff,

v.

SCOTT CHAPPELLE, ET AL.,

        Third-Party Defendants.

_____ /

**ORDER**

        For the reasons and under the terms stated on the record on September 26, 2013,

Third-Party Defendants Lower Town Development Group, LLC and Terra Management

Companies' Motion to Quash or Modify Subpoenas [Doc. #107] is GRANTED IN PART

AND DENIED IN PART.

        The motion to quash the subpoenas is DENIED.

        The motion to modify the subpoenas is GRANTED IN PART, as follows:

        (1) As to Section IV,  ¶ A and  ¶ L, the relevant employees will be limited to those

having supervisory or managerial positions, and those having responsibility for making or

implementing financial decisions.

        (2) As to Section IV  ¶B (independent contractors), and  ¶ E (customers and

clients), this information is not sufficiently relevant and involves proprietary material.

-1-

This information need not be produced.

The relevant time-frame for the discovery requests is seven years before the date of the subpoena to the present.

The discovery will be produced no later than 30 days from the date of this Order.

In all respects, the Motion to Quash or Modify Subpoenas is DENIED.

IT IS SO ORDERED.


Dated: September 26, 2013

s/R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE


I hereby certify that a copy of the foregoing document was sent to parties of record on September 26, 2013, electronically and/or by U.S. mail.

s/Michael Williams
Case Manager for the
Honorable R. Steven Whalen